UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RAMIRO TRUJILLO HERNANDEZ,<br>Petitioner,<br>v.<br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, ET AL.,<br>Respondents. | No. 1:25-cv-1711 WBS SCR<br><br><u>ORDER NOT RELATING CASES</u> |
| RAMIRO TRUJILLO HERNANDEZ,<br>Petitioner,<br>v.<br>WARDEN OF GOLDEN STATE ANNEX DETENTION FACILITY, ET AL.,<br>Respondents. | No. 1:26-cv-2752 WBS SCR |

| | |
|---|---|
| RAMIRO TRUJILLO HERNANDEZ,<br>Petitioner,<br>v.<br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, ET AL.,<br>Respondents. | No. 1:26-cv-5866 VC |
| RAMIRO TRUJILLO HERNANDEZ,<br>Petitioner,<br>v.<br>TONYA ANDREWS, ET AL.,<br>Respondents. | No. 1:26-cv-7249 MWJS |

----oo0oo----

Examination of the above-entitled actions reveals that the assignment of the matters to the same judge is not likely to effect a saving of judicial effort nor would it likely be convenient for the parties. Therefore, the Court declines to relate these cases.

IT IS SO ORDERED.

Dated: September 16, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE